IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN LAWRIE,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, Warden, et al.,<br><br>    Defendants._____/ | No. C 10-05361 SBA (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has not paid the filing fee or filed a motion for leave to proceed in forma pauperis.

    The acts complained of occurred at the California Substance Abuse Treatment Facility and State Prison - Corcoran which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

Dated: 12/8/10

                                        SAUNDRA B. ARMSTRONG
                                        United States District Judge

United States District Court
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
   NORTHERN DISTRICT OF
3  CALIFORNIA

6  MATTHEW ALAN LAWRIE,

   Case Number: CV10-05361 SBA

             Plaintiff,

   **CERTIFICATE OF SERVICE**

      v.

   KATHLEEN ALLISON et al,

             Defendant.
                                   /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew Alan Lawrie F-74464
Corcoran State Prison
P.O. Box 5248
Corcoran, CA 93212

Dated: December 9, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Lawrie5361.Transfer.wpd        2